# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

| | |
|---|---|
| CENTURY SERVICES LP, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TUG KRISTIN LEE HANNAH ) <br> (Ex DAVID E), ) <br> ) <br> Defendant. ) <br> ) <br> ) | CIVIL ACTION NO. 5:09cv117 DCB-JMR <br><br> IN REM |

## ORDER DIRECTING MODE AND MANNER OF NOTICE

It appearing that as set forth in Century Services LP's Motion to Direct Mode and Manner of Notice, that each such individual is entitled to actual notice of the pending suit pursuant to 46 U.S.C. Section 31325.

Therefore, it is hereby ORDERED that actual notice of the pending suit be given the requisite individuals by mailing an notice of commencement of suit against the vessel to the requisite individuals by certified mail, postage prepaid, return receipt requested, said notice to be substantially in accordance with the notice attached to this Order.

Signed this <u>14th</u> day of <u>September</u>, 2009.


                                                 <u>s/David Bramlette</u>
                                                UNITED STATES DISTRICT COURT