IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| CENTURY SERVICES LP, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:09cv117 DCB-JMR |
| TUG KRISTIN LEE HANNAH (Ex DAVID E), | ) IN REM |
| Defendant. | ) |

## ORDER CONFIRMATION SALE OF TUG KRISTIN LEE HANNAH (EX DAVID E)

In consideration of the fact that Century Services, L.P. purchased the Tug KRISTIN LEE HANNAH (Ex DAVID E) for $10,000.00 at the U. S. Marshal sale in this district on June 18, 2010 and further that Century Services, LP has performed the terms of its purchase of said vessel and no written objections to confirmation of sale have been filed:

It is hereby ORDERED, pursuant to Local Admiralty Rule A.1(L) that the sale of the Tug KRISTIN LEE HANNAH (Ex DAVID E) to Century Services, LP is automatically confirmed.

SO ORDERED this 21st day of July, 2010.

s/David Bramlette
UNITED STATES DISTRICT JUDGE