IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| CENTURY SERVICES, LP, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| ) | CIVIL ACTION NO. 5:09cv117 DCB-JMR |
| v. ) | |
| ) | |
| TUG KRISTIN LEE HANNAH ) | |
| (Ex DAVID E), ) | IN REM |
| ) | |
|    Defendant ) | |

## **ORDER**

This matter is before the court on the plaintiff's Motion to Disburse Proceeds From Sale of Vessel. (Doc. 58 ).

Upon due consideration, the motion to disburse is hereby GRANTED. The clerk of court is ORDERED to disburse the proceeds from the sale in the amount of $10,000 to Century Services, LP care of counsel Sheryl Bey at Baker Donelson Bearman Caldwell & Berkowitz, PC, 4268 I-55 North, Meadowbrook Office Park, Jackson, Mississippi 39211 upon receipt of Century Services Entity Identification Number (EIN).

DONE and ORDERED this the <u>12th</u> day of August, 2010.

s/David Bramlette
UNITED STATES DISTRICT JUDGE